▮ UNITED STATES *versus*
ONE DOZEN BROWN COTTON
DRAWERS, ONE DOZEN MEN'S
FANCY STRIPED JACKETS, ONE
DOZEN MEN'S BROWN FANCY
PANTALOONS, ONE-HALF DOZEN
PATENT COTTON PEA COATS,
ONE DOZEN COTTON SHIRTS,
THREE DOZEN WHITE COTTON
HOSE, TWO DOZEN MIXED HALF
HOSE, THREE DOZEN WORSTED
COMFORTS, THIRTEEN GROSS
VEST BUTTONS, THREE GROSS
COAT BUTTONS, TWENTY-TWO
WORSTED STUFF VESTS, ONE
DOZEN YELLOW GROUND HAND-

KERCHIEFS, FIFTY-THREE SIN-GLE COLOR HANDKERCHIEFS, ONE HUNDRED AND THIRTY-NINE BLUE AND WHITE HANDKER-CHIEFS, TWENTY-EIGHT BUFF SHAWLS, NINETY PURPLE AND WHITE SHAWLS, EIGHTEEN PIECES FUSTIAN, TWELVE PIECES BED TICKING, FIFTEEN PIECES COLORED LINING, FIVE DOZEN WORSTED HOSE, TWO DOZEN COTTON HOSE, ONE CARD SCISSORS, TEN CARDS PEN AND POCKET KNIVES, TWENTY-SEVEN PAIRS BLANKETS, SEV-ENTY-FIVE CARDS STUDS, AND ONE-HALF DOZEN SAFETY GUARDS. ▮▮▮▮

JOURNAL ENTRIES: (1) Jan. 21, 1834: libel filed, time fixed for trial, notice ordered published; (2) Feb. 15, 1834: publication proved, proclamation made, motion for judgment; (3) March 24, 1834: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1834): (1) Libel; (2) published notice, proof of publication and posting; (3) return of sale, receipt.
*File No.* 106.